**FILED**

November 29, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Michael Trujillo_____

DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

|  |  |  |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **A-LIST MARKETING SOLUTIONS, INC** d/b/a | § | **EP-21-CV-0277-DG** |
| **PALISADE PROTECTION GROUP** a California | § | |
| Corporation, and **CARGUARD** | § | |
| **ADMINISTRATION, INC** a Arizona Corporation | § | |
| **Defendants.** | § | |
| | § | |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendants A-LIST MARKETING SOLUTIONS, INC d/b/a PALISADE PROTECTION GROUP and CARGUARD ADMINISTRATION, INC have resolved their case. Plaintiff hereby requests the Court dismiss the case against A-LIST MARKETING SOLUTIONS, INC d/b/a PALISADE PROTECTION GROUP and CARGUARD ADMINISTRATION, INC with prejudice.

Dated November 29, 2021,            Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-540-5210
Salaiz.ep@gmail.com