UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| A-LIST MARKETING SOLUTIONS, INC., *d/b/a Palisade Protection Group*, and CARGUARD ADMINISTRATION, INC. | § § § § § | EP-21-CV-00277-DCG |
| *Defendants.* | § § § | |

## ORDER DISMISSING CASE

Before the Court is Plaintiff Erik Salaiz's "Motion to Dismiss with Prejudice" (ECF No. 8) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff Erik Salaiz in this action against Defendants A-List Marketing Solutions, Inc., d/b/a Palisade Protection Group, and CarGuard Administration, Inc. are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this ___1ST___ day of December 2021.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE